# Court of Appeals of the State of Georgia

ATLANTA, March 10, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1258. JULIANNA PIECHOCZEK v. TUDOR JONES.

Julianna Piechoczek and Tudor Jones are the parents of two minor children. After Piechoczek filed a petition for paternity and child support, Jones filed an answer and counterclaimed for custody. On August 11, 2025, the trial court entered a final order, awarding the parties joint legal custody with Jones having primary physical custody. On September 11, 2025, Piechoczek filed this direct appeal from that ruling.[1] This Court, however, lacks jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022).

---

[1] In Case Number A26A1266, Piechoczek seeks to appeal the trial court's denial of her motion for new trial.

Here, Piechoczek did not file her notice of appeal until 31 days after entry of the trial court's order. The appeal is thus untimely. For the reasons above, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  03/10/2026

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*